# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 896 - ALL | **DATE** | 11/10/2005 |
| **CASE TITLE** | USA vs. Jesus Pantoja, et al. | | |

**DOCKET ENTRY TEXT:**

The defendants having waived their right to a preliminary examination hearing, the date for the preliminary examination hearing previously set for 11/14/05 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GR |
|---|---|---|