UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**KC FILED**
NOV 3 0 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 896 |
| v. | ) | |
| | ) | Violations: Title 21, |
| JESUS PANTOJA, | ) | United States Code, |
| CELESTINO BANUELOS, | ) | Sections 841(a)(1) and 846; |
| RODOLFO OROZCO, and | ) | Title 18, United States Code, |
| MIGUEL RAMIREZ | ) | Section 2 |

JUDGE ANDERSEN
MAGISTRATE JUDGE BROWN

COUNT ONE

The SPECIAL SEPTEMBER 2005 GRAND JURY charges:

1. From in or about late October 2005 until in or about early November 2005, in the Northern District of Illinois, Eastern Division,

JESUS PANTOJA,
CELESTINO BANUELOS,
RODOLFO OROZCO, and
MIGUEL RAMIREZ,

defendants herein, conspired with each other, and with others, to distribute and possess with intent to distribute a controlled substance, namely, approximately two kilograms of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. It was part of the conspiracy that defendants JESUS PANTOJA ("PANTOJA"), CELESTINO BANUELOS ("BANUELOS"), RODOLFO OROZCO ("OROZCO"), and MIGUEL RAMIREZ ("RAMIREZ") negotiated the distribution of two kilograms of cocaine to two individuals who, unbeknownst to the defendants, were cooperating with the

government ("CW1" and "CW2").

3.  It was further part of the conspiracy that on or about October 29, 2005, defendants PANTOJA and BANUELOS agreed to arrange the sale of cocaine to CW1, and later introduced defendant BANUELOS to CW1 for that purpose.

4.  It was further part of the conspiracy that on or about October 31, 2005, defendant BANUELOS met with CW1 and CW2. Defendant BANUELOS agreed to arrange the sale of approximately two kilograms of cocaine to them, and possibly more in the future. Defendant BANUELOS discussed the price of the cocaine with them and agreed to a price of $19,000 per kilogram.

5.  It was further part of the conspiracy that, on or about November 1, 2005, defendants PANTOJA, BANUELOS, and OROZCO met with CW1 and CW2 in a parking lot outside of a restaurant on the south side of Chicago. Defendants PANTOJA, BANUELOS, and OROZCO directed CW1 and CW2 to go to 47th and Sacramento, in Chicago, in order to transact the cocaine deal.

6.  It was further part of the conspiracy that defendants PANTOJA, BANUELOS, and OROZCO drove to the area of 47th and Sacramento together in a van, where they met defendant RAMIREZ. Defendant BANUELOS placed a phone call to CW1 and reported that they were ready.

7.  It was further part of the conspiracy that defendants PANTOJA and RAMIREZ met CW1 and CW2 near 47th and Sacramento. Defendants BANUELOS and OROZCO, who

were also at that location, returned to the van, and waited while CW1 and CW2 met with the other two defendants.

8. It was further part of the conspiracy that RAMIREZ and CW2 went into the house, where defendant RAMIREZ displayed the cocaine to CW2. The cocaine, which was wrapped in red packaging and clear shrink wrap, was inside of a backpack. Defendant RAMIREZ confirmed that the price of the cocaine being sold to CW2 was $19,000 per kilogram and that CW2 should call if CW2 wanted more cocaine. Defendant RAMIREZ asked for the money to pay for the two kilograms of cocaine. CW2 said that the money was outside, and defendant RAMIREZ carried the backpack with the cocaine outside.

9. It was further part of the conspiracy that the defendants used various communication devices, including cellular telephones, to arrange for the delivery of the cocaine and to otherwise provide security to members of the conspiracy.

10. It was further part of the conspiracy that the defendants would and did misrepresent, conceal, and hide, and caused to be misrepresented, concealed, and hidden, the acts and purposes of the acts done in furtherance of the conspiracy.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL SEPTEMBER 2005 GRAND JURY further charges:

On or about November 1, 2005, in the Northern District of Illinois, Eastern Division,

JESUS PANTOJA,
CELESTINO BANUELOS,
RODOLFO OROZCO, and
MIGUEL RAMIREZ,

defendants herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately two kilograms of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY